# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ADM LABORATORIES INC |
| **Case Number:** | 2-00-00107-ECF-CGC      **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JUNE 16, 2003 09:00 AM   10TH FLOOR # 6 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RACHAEL STAPLETON |

## *Matter:*

CONTINUED TRIAL ON ADMINISTRATIVE EXPENSE CLAIM OF JASON PRATTE  (FR. 6-11-03)

**R / M #:**   0 / 0

## *Appearances:*

STEVEN J. BROWN, ATTORNEY FOR DIANE M. MANN
CHRIS KAUP, ATTORNEY FOR JASON PRATTE

## *Proceedings:*

Mr. Kaup continues with direct examination of Jason Pratte with cross-examination by Mr. Brown.  Mr. Kaup redirects and advises the movant rests.

Mr. Brown makes an oral motion for a directed verdict and Mr. Kaup responds.

COURT:  IT IS ORDERED DENYING THE MOTION FOR DIRECTED VERDICT.

Mr. Brown calls Brian Beyer to the stand; the witness is sworn and examined.  Mr. Kaup cross-examines with redirect by Mr. Brown.  The witness is excused and steps down.

Counsel present closing arguments and the Court rules on the record.

IT IS ORDERED ALLOWING AN UNSECURED CLAIM IN THE AMOUNT OF $100,000; MR. BROWN IS TO SUBMIT A FORM OF ORDER.